**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

PATRICIA M. WHITE,                  :   No. 32 EAL 2016
                                    :
            Petitioner              :
                                    :
                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Commonwealth Court
        v.                          :
                                    :
                                    :
                                    :
SOUTHEASTERN PENNSYLVANIA           :
TRANSPORTATION AUTHORITY,           :
                                    :
            Respondent              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue presented by petitioner and rephrased for clarity is whether expert opinion testimony and video evidence offered by a plaintiff to establish the extraordinary or unusual movement of a bus in a "jerk and jolt" case is sufficient to overcome a motion for nonsuit?